UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

KEVIN K. KAMRA,

    Plaintiff,

v.                                Case No: 8:16-cv-786-T-36TBM

BUSINESS LAW GROUP, P.A. and LM
FUNDING, LLC,

    Defendants.
_____/

## **ORDER**

This matter comes before the Court upon the Stipulated Notice that the Parties Consent to Remand (Doc. 34), filed on December 9, 2016. The parties indicate that they have stipulated to the remand of this action back to the Circuit Court in and for Hillsborough County, Florida from which this action was removed. Upon consideration of the parties' agreement that the matter be remanded, it is hereby

    **ORDERED AND ADJUDGED**:

    1.    Plaintiff's Motion to Remand (Doc. 18) is GRANTED.

    2.    This case is remanded to the Thirteenth Judicial Circuit in and for Hillsborough County, Florida.

    3.    The Clerk is directed to send a certified copy of this Order to the Clerk of the Court for the Thirteenth Judicial Circuit in and for Hillsborough County, Florida.

    4.    The Clerk is further directed to terminate all pending motions and deadlines and CLOSE this case.

**DONE AND ORDERED** in Tampa, Florida on December 9, 2016.

*Charlene Edwards Honeywell*
Charlene Edwards Honeywell
United States District Judge

Copies to:
Counsel of Record and Unrepresented Parties, if any